**STATE of Missouri, Respondent,**

v.

**Howard ALLEN, Appellant.**

**No. 46602.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 6, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied Jan. 12, 1984.

Application to Transfer Denied
Feb. 15, 1984.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Debra Buie Arnold, St. Louis, for appellant.

## ORDER

PER CURIAM.

Appeal from a jury conviction for armed robbery and 20-year persistent offender sentence. Defendant relies solely on the court's refusal of the identification-of-defendant instruction given in *United States v. Telfaire*, 469 F.2d 552 (D.C.Cir.1972).

MAI–CR 2d 2.01 provides:

"Except as may be specifically provided for elsewhere in MAI–CR, *no other or additional instruction may be given on the believability of witnesses, or the effect, weight or value of their testimony.*" (Our emphasis.)

*State v. Borden*, 605 S.W.2d 88[7] (Mo. banc 1980), upheld the rejection of a non-MAI identification instruction on that ground. See also *State v. Knight*, 621 S.W.2d 109[1, 2] (Mo.App.1981), rejecting *Telfaire*.

No jurisprudential purpose would be served by a full written opinion. Judgment affirmed pursuant to Rule 30.25(b).